**SEALED**

ORDERED UNSEALED on 09/20/2022    s/ judep

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ERNESTO ALONSO BARRAZA JR,<br><br>   Defendant. | Case No.: '22 MJ3344<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm (Felony)(Count 1)<br><br>21 U.S.C. § 841 (a)(1) – Possession of Methamphetamine with Intent to Distribute (Felony)(Count 2) |

The undersigned complainant being duly sworn states:

**COUNT 1**

On or about July 29, 2022, within the Southern District of California, defendant ERNESTO ALONSO BARRAZA JR, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Taurus, model G2S, 9 millimeter pistol bearing serial number TLS55854; in violation of Title 18, United States Code, Section 922(g)(1).

//
//

## COUNT 2

On or about July 29, 2022, within the Southern District of California, defendant ERNESTO ALONSO BARRAZA JR, did knowingly and intentionally possess with intent to distribute 5 grams and more, to wit: approximately 55.42 grams, of a mixture or substance continuing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

*FELIX OSORIO-RUIZ*
FELIX OSORIO-RUIZ, SPECIAL AGENT
Bureau Of Alcohol, Tobacco, Firearms & Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ___14___ day of September 2022.

*Allison H. Goddard*
_____
HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

2

# PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about July 29 2022, Brawley Police Department (BPD) Officers were patrolling in the city of Brawley, CA in a fully marked black and white police unit. BPD officers observed a vehicle stopped at an intersection and remain there for several minutes. BPD officers activated their overhead lights and exited their marked unit, which was located directly behind the vehicle. BPD officers observed the driver of the vehicle, later identified as ERNESTO ALONSO BARRAZA JR, hereinafter BARRAZA, for a couple more minutes. BARRAZA was slumped over the steering wheel and only moved slightly a couple of times while BPD officers were watching and requesting additional assistance.

The vehicle, identified as a silver 2007 BMW model 5 Series bearing CA license plate 8UVJ915, was observed still running. Another BPD officer arrived and placed their marked unit directly in front of BARRAZA's vehicle, to avoid a vehicle pursuit. Once the BPD officer exited their marked unit, contact was made with BARRAZA by knocking on his window.

BARRAZA appeared to wake up and rolled down the window. BPD officers asked BARRAZA to place the vehicle in park and step out. BARRAZA complied but was responding slowly, had an unsteady gate exiting the vehicle, and exhibited slow and slurred speech. BPD officers did not detect the odor of alcohol, and therefore suspected BARRAZA to be under the influence of a controlled substance. BARRAZA was placed in handcuffs and sat on the curb near the rear of his vehicle. BPD officers explained their observations to BARRAZA. BARRAZA claimed he was not passed out or sleeping and that he was only trying to get his car started. BPD officers explained to BARRAZA that his car was not off upon their arrival and was still running in the moment. BARRAZA

continued to deny what the BPD officers had observed. Brawley Fire Department (BFD) responded to the location to check BARRAZA's vitals and assist if BARRAZA was having a medical emergency. BARRAZA refused to allow BFD to check his vitals and did not require emergency medical treatment.

BARRAZA was subsequently arrested for driving under the influence, a violation of CA Vehicle Code, Section 23152(a). A search incident to arrest of BARRAZA's person revealed that he had approximately 21.2 grams of suspected black tar heroin in his front jeans pocket. Additionally, a search of BARRAZA's vehicle revealed that he had a black bag located on the rear passenger seat. In this black bag approximately 55.42 grams of suspected methamphetamine and a loaded Taurus, model G2S, 9 millimeter pistol bearing serial number TLS55854 were located. Two (2) cellular telephones were also located in the bag and were booked in as BARRAZA's property during processing at the Imperial County Jail.

Records checks on BARRAZA revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
| --- | --- | --- | --- |
| 02/24/1999 | CASC – Imperial | 11377(A) HS - Poss. of Controlled Subst. (Felony) | IMP SEN SS; 36 MONTHS PROBATION |
| 09/21/2000 | U.S. District Court – Southern CA | 21 USC 952, 960 - Importation of Meth. (Felony) | 63 MONTHS PRISON |
| 02/02/2005 | CASC – Imperial | 273.5(A) PC - Corporal Inj. on Spouse (Misdemeanor) | 365 DAYS JAIL |
| 03/15/2005 | CASC – Imperial | 11379(A) HS - Transport Controlled Subst. (Felony) | 2 YEARS PRISON |
| 02/28/2009 | CASC – El Centro | 12020(A)(1) PC - Manufacture/Poss. Dang. Weapon (Felony) | 2 YEARS PRISON |
| 07/28/2010 | CASC – Imperial | 10851(A) - Take Veh w/o Consent (Felony) | 16 MONTHS PRISON |

Preliminary checks by ATF revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant.  Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.